IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BANK OF THE OZARKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | File No. 4:11 CV 00237 BAE GRS |
| ) | |
| KINGSLAND HOSPITALITY, LLC, ) | |
| BHARAT GANDHI, KANUBHAI ) | |
| PATEL and PARBHUBHAI PATEL, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
AGAINST DEFENDANT KANUBHAI PATEL**

Plaintiff requests that the Clerk of Court enter default in the above-styled civil action in favor of the Plaintiff and against Defendant Kanubhai Patel under the provisions of Fed. R. Civ. P. 55(a) as said Defendant failed to properly file a timely Answer to Plaintiff's Complaint, which was filed on September 30, 2011. Defendant Kanubhai Patel was properly served with Plaintiff's Complaint on October 24, 2011. Defendant Kanubhai Patel failed to properly file a timely Answer by November 14, 2011 and has therefore defaulted.

Respectfully submitted this 16th day of November, 2011.

TAYLOR ENGLISH DUMA LLP

/s/ Charles J. Bowen
CHARLES J. BOWEN
Georgia State Bar No. 071115
*Attorney for Plaintiff*

7 East Congress Street
Suite 1001
Savannah, GA 31401
(912) 544-2050
(912) 544-2070 (fax)
*cbowen@taylorenglish.com*

1

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BANK OF THE OZARKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KINGSLAND HOSPITALITY, LLC, )<br>BHARAT GANDHI, KANUBHAI )<br>PATEL and PARBHUBHAI PATEL, )<br>)<br>Defendants. )<br>_____ ) | Civil Action<br>File No. 4:11 CV 00237 BAE GRS |

### ENTRY OF DEFAULT

It appearing from the Affidavit in Support of Default filed by Charles J. Bowen that Defendant Kanubhai Patel failed to properly file a timely Answer or otherwise defend herein as provided by Order of this Court and the Federal Rules of Civil Procedure.

Therefore, Default of Defendant Kanubhai Patel is hereby entered.

This _____ day of November. 2011.

                                                    CLERK, U.S.D.C.
                                                    Southern District of Georgia
                                                    Savannah Division

4

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BANK OF THE OZARKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KINGSLAND HOSPITALITY, LLC, )<br>BHARAT GANDHI, KANUBHAI )<br>PATEL and PARBHUBHAI PATEL, )<br>)<br>Defendants. )<br>) | Civil Action<br>File No. 4:11 CV 00237 BAE GRS |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing Request for Entry of Default and Affidavit, upon all parties to this matter by depositing a true copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to the counsel of record as follows:

Kingsland Hospitality, LLC
Bharat Gandhi
Kanubhai Patel
Parbhubhai Patel
c/o Roy A. Banerjee, Esq.
Angelina M. Kim, Esq.
Kumar, Prabhu, Patel & Banerjee, LLC
1117 Perimeter Center West
Suite W 311
Atlanta, GA  30338

This 16th day of November, 2011.

|  |  |
|---|---|
|  | TAYLOR ENGLISH DUMA LLP |
|  | /s/ Charles J. Bowen |
| 7 East Congress Street | CHARLES J. BOWEN |
| Suite 1001 | Georgia State Bar No. 071115 |
| Savannah, GA 31401 | *Attorney for Plaintiff* |
| (912) 544-2050 |  |
| (912) 544-2070 (fax) |  |
| cbowen@taylorenglish.com |  |

5