IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BANK OF THE OZARKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KINGSLAND HOSPITALITY, LLC, ) <br> BHARAT GANDHI, KANUBHAI ) <br> PATEL and PARBHUBHAI PATEL, ) <br> ) <br> Defendants. ) <br> ) | Civil Action <br> File No. 4:11 CV 00237 BAE GRS |

## AFFIDAVIT

STATE OF GEORGIA   )
                   )
COUNTY OF CHATHAM  )

COMES NOW CHARLES J. BOWEN, who, being first duly sworn, deposes and says that the following is true and correct to the best of my knowledge and belief:

1.

I am over 18 years of age and otherwise competent to affirm the truth of the information contained herein, all of which is based upon my personal knowledge.

2.

I am counsel for Plaintiff in the above action.

3.

Defendant Kanubhai Patel was properly served with Plaintiff's Complaint on October 24, 2011, the Summons was executed and returned to the Court on October 27, 2011 and notice was expressly given to said Defendant that an Answer was due by November 14, 2011 (Doc. 6).

2

4.

Defendant Kanubhai Patel e-mailed Plaintiff a copy of an Answer on November 14, 2011, but failed to electronically file it with the Court despite the filing deadline and the Electronic Case Filing Standing Order entered on October 15, 2007. Said Defendant instead used Federal Express to send a paper copy to the Court, where it was not entered until November 15, 2011.

FURTHER AFFIANT SAITH NOT.

This 16th day of November, 2011.

_____
CHARLES J. BOWEN

Sworn to and subscribed
before me this 16th day of
November, 2011.

_____
Notary Public



3